583 So.2d 823 (1991)
In the Interest of A.M.R., a Child, Appellant,
v.
STATE of Florida, Appellee.
No. 91-965.
District Court of Appeal of Florida, First District.
August 21, 1991.
Louis O. Frost, Jr., Public Defender, and Ward L. Metzger, Juvenile Court Coordinator, Office of the Public Defender, Jacksonville, for appellant.
Robert A. Butterworth, Atty. Gen., and Gypsy Bailey, Asst. Atty. Gen., Tallahassee, for appellee.
*824 PER CURIAM.
AFFIRMED. See A.A. v. Rolle, 580 So.2d 282 (Fla. 3d DCA 1991). We certify conflict with T.D.L. v. Chinault, 570 So.2d 1335 (Fla. 2d DCA 1990).
ERVIN, ZEHMER and BARFIELD, JJ., concur.